FILE COPY



# Fourth Court of Appeals
## San Antonio, Texas

January 10, 2014

No. 04-13-00322-CV

**AMERICAN MEDICAL RESPONSE AMBULANCE SERVICE, INC**. d/b/a American
Medical Response a/k/a AMR; Noah Wood Lora, Jose Carlos Gamez; and Donna Hay n/k/a
Donna Gilbert,
Appellants

v.

John **SEXTON**, Individually and as Independent Administrator of the Estate of Jackson Sexton,
Deceased; and Tracy Sexton,
Appellees

From the 285th Judicial District Court, Bexar County, Texas
Trial Court No. 2011-CI-05743
Honorable Barbara Hanson Nellermoe, Judge Presiding

## O R D E R

The Appellant's Motion for Extension of Time to file Reply Brief is hereby GRANTED.
Time is extended to January 29, 2014.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said
court on this 10th day of January, 2014.

_____
Keith E. Hottle
Clerk of Cour